IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
    Plaintiff,

vs.
:    Case No. 3:07-cr-170

TERRY JAY BLACK,
    JUDGE WALTER H. RICE

    Defendant.
:

---

ENTRY SETTING FORTH INTERIM DISPOSITION OF SUPERVISED
RELEASE VIOLATION HELD DECEMBER 18th, 2012; FINAL DISPOSITION
DATE SET

---

On December 18th, 2012, the Defendant, having previously been found in violation of his supervised release which began October 22nd, 2010, appeared in open court for interim disposition.

Pursuant to the record made in open court on the aforesaid December 18th, 2012, this Court delayed final disposition until March 19, 2013 at 11:30 a.m. on the condition that the Defendant continue his mental health therapy and his monthly doctor's appointments and, further, that he provide to the probation officer proof of attending NA/AA meetings.

                                                            */s/ Walter H. Rice*

January 4, 2013                                            WALTER H. RICE
                                                         UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Victoria Howard, U.S. Probation Officer