IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:07-cr-170

vs. : JUDGE WALTER H. RICE

TERRY JAY BLACK, :

    Defendant. :

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF PROBATION BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE TO TERMINATION DATE OF OCTOBER 21, 2013, UPON CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On March 19, 2013, the Defendant appeared in open court, admitted to allegations set forth against him in a petition directing him to show cause why his supervised release, a status that began October 22, 2010, should not be revoked, and was found in violation of that supervised release. Pursuant to the record made in open court on the aforesaid March 19, 2013, this Court, although finding the Defendant in violation of his supervised release, declined to revoke same. Rather, the Court will continue the Defendant on supervised release, allowing same to be terminated on October 21, 2013, on the condition that Defendant shall work with personnel at Nova House, drop negative urines,

1

keep going to AA meetings and providing verification of same, and continuing his involvement with Daymont.

Following the above, the Defendant was orally explained his Right of Appeal, and he indicated an understanding of same.

The captioned cause is hereby terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

*(signature)*
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

March 26, 2013

Copies to:

Counsel of record

2